CROMARTIE *v.* THE STATE.

CANDLER, Justice. The defendant was convicted of murder. His motion for a new trial, containing only the usual general grounds, was overruled, and he excepted. *Held,* that the evidence was sufficient to support the verdict, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 15722. FEBRUARY 7, 1947.

*Steve M. Watkins,* for plaintiff in error.

*Eugene Cook, Attorney-General, George R. Lilly, Solicitor-General,* and *Rubye G. Jackson,* contra.